# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| MARTIN P. KUENNEN and CAROL KUENNEN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware Corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation,<br><br>　　　　Defendants. | No. 6:14-cv-02045-LRR<br><br><br><br>**STIPULATION FOR DISMISSAL OF WRIGHT MEDICAL GROUP WITHOUT PREJUDICE** |

　　　　COME NOW Plaintiffs, Martin P. Kuennen and Carol Kuennen, through their counsel of record, and Defendants, Wright Medical Technology, Inc. and Wright Medical Group, Inc., through their counsel of record, and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and causes of action against Defendant Wright Medical Group, Inc. only are dismissed *without* prejudice.  Each party shall bear his or her own respective costs.


*/s/ Larry D. Helvey*　　　　　　　　　　　　　　　　　August 5, 2014　　　　　　
Larry D. Helvey　　　　　　　　　　　　　　　　　　　　Date
Attorney for Plaintiffs


*/s/ Gregory M. Lederer*　　　　　　　　　　　　　　　August 5, 2014　　　　　　
Gregory M. Lederer　　　　　　　　　　　　　　　　　　Date
Attorney for Defendants

## CERTIFICATE OF SERVICE

       I hereby declare that on August 5, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Larry D. Helvey
Larry Helvey Law Firm
2735 1st Avenue SE, Ste 101
Cedar Rapids, IA 52402

**ATTORNEY FOR PLAINTIFF**

                                    /s/ Megan R. Dimitt
                                    Megan R. Dimitt