# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| MARTIN P. KUENNEN; and CAROL KUENNEN, <br><br> Plaintiffs, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and WRIGHT MEDICAL GROUP, INC., a Delaware corporation, <br><br> Defendants. | No. C14-2045 <br><br> ORDER FOR ADMISSION *PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 27) filed by Gregory M. Lederer on behalf of attorney Tiffany L. Carpenter on January 20, 2015. The Court finds that the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 27) filed by Gregory M. Lederer on behalf of attorney Tiffany L. Carpenter is **GRANTED**. Attorney Tiffany L. Carpenter is authorized to appear on behalf of Defendants in this case.

DATED this 20th day of January, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA