IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

MARTIN P. KUENNEN; and
CAROL KUENNEN,

    Plaintiffs,

vs.

WRIGHT MEDICAL TECHNOLOGY,
INC., a Delaware corporation,

    Defendant.

No. C14-2045

ORDER FOR ADMISSION
*PRO HAC VICE*

_____

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 41) filed by attorney George E. McLaughlin on March 19, 2015. The Court finds that the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 41) filed by attorney George E. McLaughlin is **GRANTED**. Attorney George E. McLaughlin is authorized to appear on behalf of Plaintiffs in this case.

DATED this 20th day of March, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA